IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT FORNEY,<br><br>       Petitioner,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of the Social Security<br>Administration,<br><br>       Defendant. | CIVIL ACTION<br>NO. 16-1502 |

## ORDER

**AND NOW**, this 24th day of April 2018, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 22), Plaintiff's Objections to the Report and Recommendation (Doc. No. 25), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation (Doc. No. 25) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 22) is **APPROVED AND ADOPTED**.

3. Judgment is entered in favor of Defendant and against Plaintiff.

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.